## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Jubilee Lawhead, Michael Anderson, Sara Young-Buck, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: MDL 17-2795 MJD/KMM |
| | 17-cv-4622 MJD/KMM |
| CenturyLink, Inc., | |
| Defendant. | |
| and | |
| Attorney General of Delaware, | |
| Amicus. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Movant's motion to intervene is granted insofar as they are permitted limited intervention for the purpose of litigating their motion to compel arbitration only.

2. Movants Keisha Covington, Daniel Sokey, James Watkins, Jaclyn Finafrock, and Kelly Johnson's motion to compel arbitration against CenturyLink, Inc. is **GRANTED**; and Movant Tiffany Van Riper's motion to compel arbitration is **DENIED AS MOOT**.

3. Movants' motion to stay is **DENIED**.

Date: 12/8/2020                                                          KATE M. FOGARTY, CLERK